Date signed November 01, 2011



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | \* |
| | \* |
| LEONARD R. JACKSON | \*   Ch. 13 Case No. 11-19972-PM |
| ROBERTA JACKSON | \* |
| | \* |
| Debtors | \* |
| | \* |

**MEMORANDUM TO DEBTORS' COUNSEL**

Donya T. Zimmerman having filed a Praecipe entering her appearance on behalf of the Debtors at an October 25, 2011 hearing in this case, counsel is hereby requested to file a Disclosure of Compensation pursuant to Fed.R.Bankr.P. 2016(b) within fourteen days from the date of this Order.

Cc:  Debtors
     Donya T. Zimmerman, Esq.
     Chapter 13 Trustee

**END OF MEMORANDUM**