**SO ORDERED**



**PAUL MANNES**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:   11–19972 – PM     Chapter:   13**

| | |
|---|---|
| Leonard R. Jackson | Roberta Jackson |
| 1013 Broderick Drive | 1013 Broderick Drive |
| Oxon Hill, MD 20745 | Oxon Hill, MD 20745 |

## ORDER DIRECTING DEBTOR(S)' COUNSEL
## TO COMPLY WITH LOCAL BANKRUPTCY RULE 2016–1(b)

Counsel entered an appearance for the Debtor(s) after filing of this bankruptcy case. Local Bankruptcy Rule 2016–1(b) provides:

**RULE 2016–1 COMPENSATION OF PROFESSIONALS**

(b) Disclosure of Compensation. The attorney for the debtor must file a Federal Bankruptcy Rule 2016(b) disclosure statement with the petition. If the debtor's attorney's appearance is entered after the filing of the petition, the attorney must file the Federal Bankruptcy Rule 2016(b) disclosure statement at the time of entry of appearance.

Counsel listed below is directed to comply with Local Bankruptcy Rule 2016–1(b) within fourteen (14) days after the date of this Order, failing which counsel shall return all compensation collected from the Debtor(s) for this case.

cc:   Debtor(s)
      Attorney for Debtor(s) – Sheron Barton
      Attorney for Debtors - Donya Zimmerman
      Chapter 13 Trustee – Timothy P. Branigan
      U.S. Trustee
**11.8 –** *gdickerson*

### End of Order